O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 08-00066 SGL (JCRx)

Date:  October 22, 2008

Title: LIBERTY LIFE ASSURANCE COMPANY OF BOSTON -v- KATIE RABB, a/k/a KATIE NELSON; DONALD RABB, JR., a/k/a DONALD NELSON; T.P.R., a/k/a T.P.N., A Minor Under the Age of 18; ANNETTE GARRETT; LAURA NELSON, In Her Capacity As Custodial Parent and/Or Next Friend of T.P.R.; J. L. R., A Minor Under the Age of 18; and JENNY RABB, In Her Capacity As Custodial Parent and/Or Next Friend of J.L.R.

======================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                                          None Present
Courtroom Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                       None present

PROCEEDINGS:   AMENDED NOTICE AND ORDER (IN CHAMBERS)


   The Court's Scheduling Order of October 9, 2008, is VACATED.  The parties in this matter are hereby notified that a status conference regarding the status of appointment of a guardian *ad litem* is hereby scheduled in Courtroom One of this Court on December 15, 2008, at 9:30 a.m.  Counsel for Liberty Life Assurance Company of Boston and interested parties shall personally before this Court on that date and time.

   Counsel for Liberty Life Assurance Company shall file an updated status report by December 1, 2008, regarding its efforts to ascertain the proper representatives and/or guardian for the named-minor(s) in this action.  Finally, Counsel for Liberty Life Assurance Company <u>shall</u> give notice of this minute order to all interested parties.

   IT IS SO ORDERED.

### Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08). Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1:  All *non-signature* items shall be e-filed in **.pdf format.**

Step 2:  In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format**. **WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3:  A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing**. All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1:  Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2:  E-file a Notice of Manual Filing.

Step 3:  E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)